UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

KINGSLEY OTENG-AMOAKO,

        Plaintiff,

  -against-

HSBC BANK USA, HARRY GUO, and
GORDON G. LIU,

        Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-13-14

No. 13 Civ. 5760 (PAC) (FM)

ORDER ADOPTING REPORT &
RECOMMENDATION

HONORABLE PAUL A. CROTTY, United States District Judge:

    *Pro se* Plaintiff Kingsley Oteng-Amoako ("Oteng-Amoako"), a former HSBC employee, brings this employment action against HSBC Bank and two of its supervisors, Harry Guo and Gordon Liu (collectively, the Defendants), alleging that Defendants terminated him for discriminatory reasons based on his race and color, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2 ("Title VII"). Defendants move to dismiss the Title VII claims against the supervisors.

    In a report and recommendation ("R&R") issued on February 13, 2014, Magistrate Judge Frank Maas recommended that the claims against the supervisors be dismissed, but that the claim against HSBC survive. The R&R gave Oteng-Amoako notice of his right to object within 14 days. (R&R at 2-3.) Instead of filing objections, Oteng-Amoako wrote a letter to the Court on February 5, 2014, which does not dispute the conclusions of the R&R, but instead generally discusses state-law claims of defamation and negligence, *inter alia*, against defendants Harry Guo and Gordon Liu. Plaintiff did not allege these claims in his Complaint, and therefore they

1

were not addressed in the R&R. The Court therefore reviews the conclusions in the R&R for clear error. *See Martinson v. U.S. Parole Comm'n*, 02-CV-4913, 2005 WL 1309054, at *3 (S.D.N.Y. June 1, 2005). Finding none, the Court adopts the R&R.

## CONCLUSION

For the foregoing reasons, the Court adopts Magistrate Judge Maas's R&R of February 3, 2014 in its entirety. The Court grants Defendants' motion to dismiss Plaintiff's Title VII claims against Defendants Harry Guo and Gordon Liu. Plaintiff's Title VII claims against Defendant HSBC survive. Plaintiff may amend his pleadings within 30 days from the date this Order is issued. The Clerk of Court is directed to terminate the motion at Docket Number 23. The reference to Magistrate Judge Maas is continued.

Dated: New York, New York
       May 13, 2014

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

Copy Mailed By Chambers To:

Kingsley Oteng-Amoako
41-26 73rd St., Apt. C42
Woodside, NY 11377